AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _Eastern_ | |
|---|---|---|
| Name _Willis Davis_ | Prisoner No. _K70724_ | Case No. _2:22-cv-2011 DMC (HC)_ |

Place of Confinement _Correctional Training Facility (C.T.F)_
_Central Facility / F-Wing 107 Low_
_P.O. Box 689, Soledad, Calif 93960-0689_

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| _Willis Davis_ v. | _L. Martinez, Warden_ |

The Attorney General of the State of: _California_

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _The State of California_

2. Date of judgment of conviction _____

3. Length of sentence _15 to Life_

4. Nature of offense involved (all counts) _Second Degree Murder_

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

**FILED**
JAN -9 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(2)

9. If you did appeal, answer the following:

   (a) Name of court  N/A

   (b) Result  N/A

   (c) Date of result and citation, if known  N/A

   (d) Grounds raised  N/A

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  N/A

   (2) Result  N/A

   (3) Date of result and citation, if known  N/A

   (4) Grounds raised  N/A

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  N/A

   (2) Result  N/A

   (3) Date of result and citation, if known  N/A

   (4) Grounds raised  N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  N/A

    (2) Nature of proceeding  N/A

    (3) Grounds raised  N/A

(3)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result  (see Exhibit J)

    (6) Date of result  (see Exhibit J)

(b) As to any second petition, application or motion give the same information:

    (1) Name of court  N/A

    (2) Name of proceeding  N/A

    (3) Grounds raised  N/A

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result  (see Exhibit J)

    (6) Date of result  (see Exhibit J)

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.      Yes ☒   No ☐
    (2) Second petition, etc.    Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

B. Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

AO 241    (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:   N/A

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes  ☒    No  ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  N/A

    (b) At arraignment and plea  _____

(6)

AO 241   (Rev. 5/85)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

    (b) Give date and length of the above sentence: _N/A_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-4-23_
Date

_Willis Davis_
Signature of Petitioner

## PROOF OF SERVICE
## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Willis Davis__, declare:

I am over 18 years of age and a party to this action. I am domiciled in Central Training Facility, a California State Prison, in the county of __Montery__. The address at this facility is P.O. Box 689, Soledad, California [93960].

On __1-4-23__, I served the attached:

__Habeas Corpus__

On the parties herein by placing true and correct copies thereof, enclosed in an unsealed envelope, with the postage thereon fully paid, in the United States Postal Mail Box so provided at the above-named correctional institution in which I am presently domiciled. The envelope was addressed as follows:

```
U.S. Dist. Court
501 I St, STE 4-200
Sac, Calif 95814
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __4__ day of __Jan.__, __2023__.   Signature: __Wm Davis__

---

**Prison Mailbox Rule**

Under the "Prison Mailbox Rule" a prisoner's legal document is deemed filed, for statute of limitation purposes, when he hands it over to prison authorities for mailing [Houston v. Lack (1998) 487 U.S. 266, 274; Huizar v. Carey(9th Cir. 2001) 273 F.3d 1220, 1222] The mailbox rule applies to prisoners filing in both federal and state courts. [Huizar, 273 F.3d at p. 1223.]