IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DAVIS, | No. 2:22-CV-2011-DMC-P |
| Petitioner, | |
| v. | ORDER |
| L. MARTINEZ, | |
| Respondent. | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is first Petitioner's petition, ECF No. 9.

        Petitioner's original petition was dismissed with leave to amend for failure to name the correction respondent. See ECF No. 8. Plaintiff has filed a first amended petition which names the correct respondent but remains defective for other reasons. Specifically, the first amended petition does not comply with Rule 2(c) of the Federal Rules Governing Section 2254 Cases. Allegations which are unsupported by a statement of specific facts do not warrant federal habeas relief. James v. Borg, 24 F.3d 20, 26 (9th Cir. 1994). Moreover, "[f]ederal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." McFarland v. Scott, 512 U.S. 849, 856 (1994). Thus, in order to satisfy Rule 2(c), facts must be stated, in the petition, with sufficient detail to enable the Court to determine, from the face of the petition, whether

further habeas corpus review is warranted." Frasier v. Hernandez, 2007 WL 1300063, *3 (S.D. Cal. Apr. 30, 2007). Here, Petitioner has not set forth any grounds for relief or supporting factual allegations.  Moreover, while Petitioner references various attached exhibits, no exhibits are in fact attached.  Petitioner will be provided another opportunity to amend to cure these defects.

        Accordingly, IT IS HEREBY ORDERED that:

        1.        The Clerk of the Court is directed to update the docket to reflect that the named Respondent is L. Martinez;

        2.        Petitioner's first amended petition is dismissed with leave to amend;

        3.        Petitioner shall file a second amended petition which complies with Rule 2(c) within 30 days of the date of this order; and

        4.        The Clerk of the Court is directed to forward to Petitioner the Court's form petitioner for state prisoners.

Dated:  January 23, 2023

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE