IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DAVIS,<br><br>                Petitioner,<br><br>        v.<br><br>L. MARTINEZ,<br><br>                Respondent. | No.  2:22-CV-2011-DAD-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for an extension of time, ECF No. 24, to file an opposition to Respondent's motion to dismiss.

        Petitioner's motion will be denied.  Respondent filed the motion to dismiss on September 22, 2023.  The proof of service filed therewith indicates that Respondent's motion was served on Petitioner at his address of record at the Correctional Training Facility in Soledad, California.  Petitioner has not notified the Court or Respondent of any change of address since this action was initiated in November 2022.  As of November 7, 2023, Petitioner had not filed any opposition and the Court issued findings and recommendations that Respondent's motion to dismiss be granted and that this action be dismissed as untimely.  The findings and recommendations permitted the parties to file objections within 14 days.  No objections have been filed within the 14-day period.  Instead, on November 9, 2023, Petitioner filed a "Motion for

Default." This filing indicates that Petitioner remains housed at the Correctional Training Facility. On November 20, 2023, Petitioner filed a traverse, also indicating his address at the Correctional Training Facility in Soledad, California. Petitioner filed the pending motion for an extension of time on December 5, 2023, again reflecting Petitioner's address at the Correctional Training Facility.

Petitioner's motion will be denied for two reasons. First, the motion is untimely in that it was filed beyond the 14-day objection period and over two months after Respondent filed the motion to dismiss. Second, as explained above, the docket reflects that Respondent's motion was properly served on Petitioner at his address of record.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for an extension of time, ECF No. 24, is DENIED.

Dated: December 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE