IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L. MARTINEZ,<br><br>　　　　　Respondent. | No. 2:22-CV-2011-DAD-DMC-P<br><br>ORDER |

　　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court are the following motions: (1) Petition's motion entitled "Motion for Default," ECF No. 22; (2) Petitioner's motion entitled "Motion: Traverse," ECF No. 23; and (3) Petitioner's motion entitled "Motion To: Reconsider," ECF No. 26.

　　　　　Petitioner initiated this action with a pro se petition filed on November 7, 2022. See ECF No. 1. As directed by the Court, Petitioner filed an amended petition naming the correct respondent on February 17, 2023. See ECF No. 11. On November 7, 2023, the Court issued findings and recommendations that Respondent's unopposed motion to dismiss this action as untimely be granted. See ECF No. 21. On December 5, 2023, Petitioner filed a motion for an extension of time to file an opposition to the motion to dismiss addressed in the November 7, 2023, findings and recommendations. See ECF No. 24. Petitioner's motion was denied on

December 19, 2023, as having been presented after expiration of the time to file an opposition. See ECF No. 25. Petitioner filed objections to the findings and recommendations on January 4, 2024. See ECF No. 27.

Before the District Judge ruled on the findings and recommendations, Petitioner filed an interlocutory appeal challenging the undersigned's recommendation, which had not yet been adopted. See ECF No. 28. On April 26, 2024, the Ninth Circuit Court of Appeals dismissed Petitioner's appeal for lack of jurisdiction. See ECF No. 31. The appellate court's mandate was entered on the docket on May 20, 2024. See ECF No. 32.

Upon issuance of the appellate court's mandate returning jurisdiction, this Court now addresses the currently pending motions filed by Petitioner.

In his "Motion for Default," Petitioner argues that Respondent is in default for not filing an answer to the amended petition, along with the state court record. See ECF No. 22. For a remedy, Petitioner seeks a court order for judgment in his favor. See id. Petitioner's motion will be denied because, consistent with the Court's service order, Respondent has properly appeared in the case by way of his motion to dismiss the petition as untimely, which the Court has recommended be granted.

In his "Motion: Traverse," Petitioner reiterates his claims for habeas relief. See ECF No. 23. Petitioner asks that the Court issue an order granting his petition for a writ of habeas corpus. See id. The Court finds this filing to be duplicative of the claims and request for relief asserted in the operative amended petition filed on February 17, 2023. As such, it will be disregarded.

In his "Motion To: Reconsider," Petitioner seeks reconsideration of the Court's December 19, 2023, order denying his untimely motion for an extension of time to file an opposition to Respondent's motion to dismiss. See ECF No. 26. Petitioner states that reconsideration is warranted because he never received Respondent's motion. See id. Despite this contention, concurrent with his motion for reconsideration, Petitioner filed substantive objections to the undersigned's findings and recommendations. See ECF No. 27.

///

Petitioner's contention that he never received Respondent's motion is further belied by the court records on file.  Specifically, the proof of service included with Respondent's motion to dismiss reflects that the motion was properly served by mail on Petitioner at his address of record at the Correctional Training Facility in Soledad, California.  See ECF No. 18, pg. 4.  The docket does not reflect any change of address and Petitioner's most recent filing on March 20, 2024, shows the same address.  See ECF No. 28 (Petitioner's Notice of Appeal).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's "Motion for Default," ECF No. 22, is DENIED.

2. Petitioner's "Motion: Traverse," ECF No. 23, is DISREGARDED.

3. Petitioner's "Motion To: Reconsider," ECF No. 26, is DENIED.

4. The Clerk of the Court is directed to terminate ECF Nos. 22, 23, and 26, as pending motions.

Dated:  June 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE